# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FELDKAMP, CLINT J. § Case No. 11-09213 | |
| FELDKAMP, AMY L. § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 07, 2011. The undersigned trustee was appointed on December 15, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15.41 |
| Bank service fees | 188.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 14,795.92 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 09/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional documents earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/29/2014    By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-09213  
Case Name: FELDKAMP, CLINT J.  
FELDKAMP, AMY L.  
Period Ending: 07/29/14

Trustee:  (330290)  ILENE F. GOLDSTEIN AS TRUSTEE  
Filed (f) or Converted (c): 03/07/11 (f)  
§341(a) Meeting Date:  
Claims Bar Date: 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 304 King Court, Suffolk VA 23434<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 185,500.00 | 0.00 | | 0.00 | FA |
| 2 | 11941 Bemis Road, Manchester MI 48158<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 131,954.00 | 0.00 | | 0.00 | FA |
| 3 | 11910 Beamis Road, Manchester MI, 48158<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25,300.00 | 20,300.00 | | 15,000.00 | FA |
| 4 | University Michigan Credit Union Checking Accoun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 5 | University Michigan Credit Union Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Navy Federal Credit Union Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Navy Federal Credit Union Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 7 rooms of furniture, Three televisions, One Com<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 9 | Men's and Women's clothes, shoes and coats<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Life Insurance Policy - No Cash Value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401K<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 26,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 Ford Expedition EL<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 24,725.00 | 10,891.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-09213  
**Case Name:** FELDKAMP, CLINT J.  
FELDKAMP, AMY L.  
**Period Ending:** 07/29/14

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  Dodge Dakota<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 7,425.00 | 7,425.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$407,204.00** | **$38,616.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE ON DECEMBER 15, 2011. THE TRUSTEE RECENTLY SOLD HER RIGHT TITLE AND INTEREST TO PROPERTY IN MICHIGAN. THE TRUSTEE EXPECTS TO CLOSE THIS CASE BY DECEMBER 31, 2014.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013  **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 07/29/2014 10:57 AM    V.13.15

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-09213 | | Trustee: | ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
|---|---|---|---|---|
| Case Name: | FELDKAMP, CLINT J. | | Bank Name: | Rabobank, N.A. |
| | FELDKAMP, AMY L. | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***1730 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/29/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/13 | {3} | Kevin Ernst | SALE OF REAL ESTATE | 1110-000 | 15,000.00 | | 15,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 14,982.75 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.11 | 14,962.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.67 | 14,938.97 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.20 | 14,916.77 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-09213, Bond Premium Voided on 03/07/14 | 2300-000 | | 19.08 | 14,897.69 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.02 | 14,877.67 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-09213, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -19.08 | 14,896.75 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-09213, Bond Premium Voided on 03/10/14 | 2300-000 | | 15.41 | 14,881.34 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-09213, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -15.41 | 14,896.75 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-09213, Bond Premium | 2300-000 | | 15.41 | 14,881.34 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.70 | 14,860.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.79 | 14,837.85 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.34 | 14,816.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.59 | 14,795.92 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,000.00 | 204.08 | $14,795.92 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 204.08 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $15,000.00 | $204.08 | |

{} Asset reference(s)

Printed: 07/29/2014 10:57 AM    V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-09213 | Trustee: ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
| Case Name: | FELDKAMP, CLINT J. | Bank Name: Rabobank, N.A. |
| | FELDKAMP, AMY L. | Account: ******4266 - Checking Account |
| Taxpayer ID #: | **-***1730 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: | 07/29/14 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 15,000.00
 ─────────
Net Estate : $15,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4266 | 15,000.00 | 204.08 | 14,795.92 |
| | $15,000.00 | $204.08 | $14,795.92 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 11-09213  
**Debtor Name:** FELDKAMP, CLINT J.

Page: 1

**Date:** July 29, 2014  
**Time:** 10:58:13 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN AS TRUSTEE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,250.00 | $0.00 | 2,250.00 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $601.25 | $0.00 | 601.25 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $86.00 | $0.00 | 86.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,850.00 | $0.00 | 3,850.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $41.50 | $0.00 | 41.50 |
| 1<br>100 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | History: Details1-106/30/2011Claim #1 filed by Ford Motor Credit Company LLC, Amount claimed: $13325.80 (Kaczmarczyk, Loretta )<br>4404/04/2014Withdrawal of Claim(s): 1 Filed by Ford Motor Credit Company LLC. (Kaczmarczyk, Loretta)<br>---------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 4<br>100 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 | Secured | History: Details4-112/05/2013Claim #4 filed by CitiMortgage, Inc., Amount claimed: $124180.63 (Weatherton, Stephanie )<br>4304/04/2014Notice of Hearing and Objection to Claim(s) 4 of CitiMortgage, Inc. Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 5/9/2014 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round<br>Lake Beach, IL 60073. (Attachments: # 1 Exhibit Proof of Claim # 2 Proposed Order)(Goldstein, Ilene)CLAIM DISALLOWED<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 2<br>610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | History: Details2-107/05/2011Claim #2 filed by FIA CARD SERVICES, N.A., Amount claimed: $11262.95 (Rossi, Lauren )<br>-------------------------------------------------------------------------------* * * | $11,262.95 | $0.00 | 11,262.95 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | History: Details3-107/22/2011Claim #3 filed by Chase Bank USA, N.A., Amount claimed: $7026.25 (Beckmann, Laura )<br>-------------------------------------------------------------------------------* * * | $7,026.25 | $0.00 | 7,026.25 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 11-09213  
**Debtor Name:** FELDKAMP, CLINT J.

Page: 2

**Date:** July 29, 2014  
**Time:** 10:58:13 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 5<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details5-104/26/2014Claim #5 filed by Capital Recovery V, LLC, Amount claimed: $182.70 (Singh, Ramesh )<br>--------------------------------------------------------------------------------* * * | $182.70 | $0.00 | 182.70 |
| 6<br>610 | Portfolio Recovery Associates, LLC<br>successor to,CAPITAL ONE, NATIONAL ASSOCIATION,(HSBC BANK NEVADA, N.A),POB<br>Norfolk, VA 23541 | Unsecured | History: Details6-104/30/2014Claim #6 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3634.27 (Garcia, Dolores )<br>--------------------------------------------------------------------------------* * * | $3,634.27 | $0.00 | 3,634.27 |
| **<< Totals >>** | | | | 28,934.92 | 0.00 | 28,934.92 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-09213
Case Name: FELDKAMP, CLINT J.
Trustee Name: ILENE F. GOLDSTEIN AS TRUSTEE

**Balance on hand:** $ 14,795.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 13,325.80 | 0.00 | 0.00 | 0.00 |
| 4 | CitiMortgage, Inc. | 124,180.63 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,795.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,850.00 | 0.00 | 3,850.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 41.50 | 0.00 | 41.50 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 601.25 | 0.00 | 601.25 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

Total to be paid for chapter 7 administration expenses: $ 6,828.75
Remaining balance: $ 7,967.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,967.17

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,967.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,106.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA CARD SERVICES, N.A. | 11,262.95 | 0.00 | 4,059.22 |
| 3 | Chase Bank USA, N.A. | 7,026.25 | 0.00 | 2,532.29 |
| 5 | Capital Recovery V, LLC | 182.70 | 0.00 | 65.85 |
| 6 | Portfolio Recovery Associates, LLC | 3,634.27 | 0.00 | 1,309.81 |

Total to be paid for timely general unsecured claims: $ 7,967.17
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**