# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   FELDKAMP, CLINT J. | § | Case No. 11-09213 |
| FELDKAMP, AMY L. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **09/12/2014 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed:  07/29/2014 | By: | /s/ Ilene F. Goldstein |
| | | Trustee |

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: FELDKAMP, CLINT J. § <br> FELDKAMP, AMY L. § <br> § <br> Debtor(s) § | Case No. 11-09213 |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 204.08 |
| leaving a balance on hand of [1] | $ 14,795.92 |
| **Balance on hand:** | $ 14,795.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 13,325.80 | 0.00 | 0.00 | 0.00 |
| 4 | CitiMortgage, Inc. | 124,180.63 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,795.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,850.00 | 0.00 | 3,850.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 41.50 | 0.00 | 41.50 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 601.25 | 0.00 | 601.25 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,828.75 |
| Remaining balance: | $ 7,967.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative fees have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,967.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,967.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,106.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA CARD SERVICES, N.A. | 11,262.95 | 0.00 | 4,059.22 |
| 3 | Chase Bank USA, N.A. | 7,026.25 | 0.00 | 2,532.29 |
| 5 | Capital Recovery V, LLC | 182.70 | 0.00 | 65.85 |
| 6 | Portfolio Recovery Associates, LLC | 3,634.27 | 0.00 | 1,309.81 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,967.17 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 11-09213   Doc 54   Filed 08/13/14   Entered 08/15/14 23:35:30   Desc Imaged
                         Certificate of Notice   Page 4 of 6

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN AS TRUSTEE

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                              Case No. 11-09213-ABG
Clint J. Feldkamp                                                   Chapter 7
Amy L. Feldkamp
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt              Page 1 of 2               Date Rcvd: Aug 13, 2014
                               Form ID: pdf006            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2014.
db         #+Clint J. Feldkamp,    3003 Murphy Road,    Highland Park, IL 60035-6402
jdb        #+Amy L. Feldkamp,    3003 Murphy Road,    Highland, IL 60035-6402
17507094   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102)
16918100    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
16918101    Chase,   Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17572546    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
21297040    CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
16918103    Citimortgage Inc,    PO Box 183040,    Columbus, OH 43218-3040
16918102   +Citimortgage Inc,    c/o Bierman, Geesing, Ward & Wood,    4520 East West Highway, Ste 200,
             Bethesda, MD 20814-3382
16938945   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,   RICHMOND VA 23261-6666
             (address filed with court:   Dominion Virginia Power,    P O Box 26543,   Richmond, VA 23290-0001)
16918104    Direct Merchants Bank,    Payment Canter,   PO Box 17313,    Baltimore, MD 21297-1313
16918105   +Ford Credit,    PO Box 94380,    Palatine, IL 60094-4380
17491678   +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
21866478   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    successor to,
             CAPITAL ONE, NATIONAL ASSOCIATION,    (HSBC BANK NEVADA, N.A),    POB 41067,   Norfolk VA 23541)
16938947    Virginia Natural Gas,    P O Box 70840,    Charlotte, NC 28272-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21852019    E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2014 01:04:15      Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16918106    E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 14 2014 01:01:37      Navy Federal Credit Union,
             PO Box 3500,    Merrifield, VA 22119-3500
20719039    E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2014 01:03:13
             Recovery Management Systems Corporation,    c/o Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16938946   ##HRUBS,   P O Box 1651,    Norfolk, VA 23501-1651
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2014 at the address(es) listed below:
         Ilene F Goldstein   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
         Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
          IL35@ecfcbis.com
         Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
         Ilene F Goldstein, ESQ   on behalf of Accountant Jodi E Gimbel ifgcourt@aol.com,   IL35@ecfcbis.com
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                  Date Rcvd: Aug 13, 2014
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          James J. Burns, Jr.   on behalf of Joint Debtor Amy L. Feldkamp bandwlaw@sbcglobal.net
          James J. Burns, Jr.   on behalf of Debtor Clint J. Feldkamp bandwlaw@sbcglobal.net
          Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy R Yueill    on behalf of Creditor    CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 9
```