# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FELDKAMP, CLINT J. § Case No. 11-09213
      FELDKAMP, AMY L. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $381,904.00      Assets Exempt: $32,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,967.17      Claims Discharged
         Without Payment: $14,139.00

Total Expenses of Administration: $7,032.83

---

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $137,506.43 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,032.83 | 7,032.83 | 7,032.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,106.17 | 22,106.17 | 7,967.17 |
| **TOTAL DISBURSEMENTS** | $0.00 | $166,645.43 | $29,139.00 | $15,000.00 |

4) This case was originally filed under Chapter 7 on March 07, 2011. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2014          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11910 Beamis Road, Manchester MI, 48158 | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 13,325.80 | 0.00 | 0.00 |
| 4 | CitiMortgage, Inc. | 4110-000 | N/A | 124,180.63 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$137,506.43** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 3,850.00 | 3,850.00 | 3,850.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 41.50 | 41.50 | 41.50 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 601.25 | 601.25 | 601.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Jodi E. Gimbel, P.C. | 3420-000 | N/A | 86.00 | 86.00 | 86.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| Rabobank, N.A. | 2600-000 | N/A | 20.11 | 20.11 | 20.11 |
| Rabobank, N.A. | 2600-000 | N/A | 23.67 | 23.67 | 23.67 |
| Rabobank, N.A. | 2600-000 | N/A | 22.20 | 22.20 | 22.20 |
| Rabobank, N.A. | 2600-000 | N/A | 20.02 | 20.02 | 20.02 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 15.41 | 15.41 | 15.41 |
| Rabobank, N.A. | 2600-000 | N/A | 20.70 | 20.70 | 20.70 |
| Rabobank, N.A. | 2600-000 | N/A | 22.79 | 22.79 | 22.79 |
| Rabobank, N.A. | 2600-000 | N/A | 21.34 | 21.34 | 21.34 |
| Rabobank, N.A. | 2600-000 | N/A | 20.59 | 20.59 | 20.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,032.83 | $7,032.83 | $7,032.83 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 11,262.95 | 11,262.95 | 4,059.22 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,026.25 | 7,026.25 | 2,532.29 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 182.70 | 182.70 | 65.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,634.27 | 3,634.27 | 1,309.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $22,106.17 | $22,106.17 | $7,967.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-09213  
**Case Name:** FELDKAMP, CLINT J.  
FELDKAMP, AMY L.  
**Period Ending:** 12/01/14

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   304 King Court, Suffolk VA 23434<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 185,500.00 | 0.00 | | 0.00 | FA |
| 2   11941 Bemis Road, Manchester MI 48158<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 131,954.00 | 0.00 | | 0.00 | FA |
| 3   11910 Beamis Road, Manchester MI, 48158<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25,300.00 | 20,300.00 | | 15,000.00 | FA |
| 4   University Michigan Credit Union Checking Accoun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 5   University Michigan Credit Union Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6   Navy Federal Credit Union Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7   Navy Federal Credit Union Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8   7 rooms of furniture, Three televisions, One Com<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 9   Men's and Women's clothes, shoes and coats<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Life Insurance Policy - No Cash Value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  401K<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 26,000.00 | 0.00 | | 0.00 | FA |
| 12  2007 Ford Expedition EL | 24,725.00 | 10,891.00 | | 0.00 | FA |

Printed: 12/01/2014 12:13 PM    V.13.15

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09213  
**Case Name:** FELDKAMP, CLINT J.  
  FELDKAMP, AMY L.  
**Period Ending:** 12/01/14  

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Dodge Dakota<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,425.00 | 7,425.00 |  | 0.00 | FA |
| 13 | **Assets   Totals** (Excluding unknown values) | **$407,204.00** | **$38,616.00** |  | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE ON DECEMBER 15, 2011.  THE TRUSTEE RECENTLY SOLD HER RIGHT TITLE AND INTEREST TO PROPERTY IN MICHIGAN.  THE TRUSTEE EXPECTS TO CLOSE THIS CASE BY DECEMBER 31, 2014.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013    **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 12/01/2014 12:13 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-09213  
**Case Name:** FELDKAMP, CLINT J.  
FELDKAMP, AMY L.  
**Taxpayer ID #:** **-***1730  
**Period Ending:** 12/01/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/13 | {3} | Kevin Ernst | SALE OF REAL ESTATE | 1110-000 | 15,000.00 | | 15,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 14,982.75 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.11 | 14,962.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.67 | 14,938.97 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.20 | 14,916.77 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-09213, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 19.08 | 14,897.69 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.02 | 14,877.67 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-09213, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -19.08 | 14,896.75 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-09213, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 15.41 | 14,881.34 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-09213, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -15.41 | 14,896.75 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-09213, Bond Premium | 2300-000 | | 15.41 | 14,881.34 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.70 | 14,860.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.79 | 14,837.85 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.34 | 14,816.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.59 | 14,795.92 |
| 09/17/14 | 104 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 12,545.92 |
| 09/17/14 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $601.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 601.25 | 11,944.67 |
| 09/17/14 | 106 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $86.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 86.00 | 11,858.67 |
| 09/17/14 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,850.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,850.00 | 8,008.67 |
| 09/17/14 | 108 | LAW OFFICES OF ILENE F. | Dividend paid 100.00% on $41.50, Attorney for | 3120-000 | | 41.50 | 7,967.17 |

Subtotals :   $15,000.00   $7,032.83

{} Asset reference(s)   Printed: 12/01/2014 12:13 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-09213 | | Trustee: | ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
| --- | --- | --- | --- | --- |
| Case Name: | FELDKAMP, CLINT J. | | Bank Name: | Rabobank, N.A. |
| | FELDKAMP, AMY L. | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***1730 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/01/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | GOLDSTEIN, CHARTERED | Trustee Expenses (Trustee Firm); Reference: | | | | |
| 09/17/14 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 36.04% on $11,262.95; Claim# 2; Filed: $11,262.95; Reference: | 7100-000 | | 4,059.22 | 3,907.95 |
| 09/17/14 | 110 | Chase Bank USA, N.A. | Dividend paid 36.04% on $7,026.25; Claim# 3; Filed: $7,026.25; Reference: | 7100-000 | | 2,532.29 | 1,375.66 |
| 09/17/14 | 111 | Capital Recovery V, LLC | Dividend paid 36.04% on $182.70; Claim# 5; Filed: $182.70; Reference: | 7100-000 | | 65.85 | 1,309.81 |
| 09/17/14 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 36.04% on $3,634.27; Claim# 6; Filed: $3,634.27; Reference: | 7100-000 | | 1,309.81 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | Subtotal | | 15,000.00 | 15,000.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $15,000.00 | $15,000.00 | |

Net Receipts : 15,000.00

Net Estate : $15,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******4266 | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)